AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  25-247 (PAD) |
| | ) | |
| Marielis Falcon-Nieves | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   05/28/2025

*Defendant's signature*

*Signature of defendant's attorney*

Francisco Adams Kandys Pinsatef
*Printed name of defendant's attorney*

*Judge's signature*

s/ Pedro A. Delgado-Hernandez, U.S. District Judge
*Judge's printed name and title*