## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

MARIELIS FALCÓN-NIEVES,
Defendant.

INFORMATION
CRIMINAL NO. 25-247 (PAD)

VIOLATION:
18 U.S.C. § 4

ONE COUNT

RECEIVED & FILED
CLERK'S OFFICE

MAY 2 8 2025

US DISTRICT COURT
SAN JUAN, PR

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### Misprision of a Felony
### (18 U.S.C. § 4)

From in or about the year 2012, through in or about the year 2013, in the District of

Puerto Rico,

### MARIELIS FALCÓN-NIEVES

the defendant, having knowledge of the actual commission of a felony cognizable by a court

of the United States, to wit, extortion through fear of economic harm, did conceal the same

by facilitating communications with the victim and a AAA employee and did not as soon as

possible make known the same to some judge or other person in civil or military authority

under the United States. All in violation of 18 U.S.C. § 4.

W. STEPHEN MULDROW
United States Attorney

Timothy R. Henwood
Assistant United States Attorney
Criminal Chief

Linet Suárez
Assistant United States Attorney